[No. 69307-7-I.   Division One.   February 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWAN DOMINIQUE RECHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08343-4, Monica J. Benton, J., entered August 3, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.

[No. 69429-4-I.   Division One.   February 10, 2014.]

JEFFREY CHEN, *Appellant*, v. THE CITY OF MEDINA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-26960-4, Gregory P. Canova, J., entered September 10, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Cox, JJ.

[No. 69433-2-I.   Division One.   February 10, 2014.]

TYLER AINSWORTH, *Respondent*, v. PROGRESSIVE CASUALTY INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08562-7, Michael J. Trickey, J., entered September 17, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ. Now published at 180 Wn. App. 52.

[No. 69434-1-I.   Division One.   February 10, 2014.]

DEANNE ALVAREZ, *Appellant*, v. WAL-MART STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-03842-2, Marybeth Dingledy, J., entered September 17, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Lau, J.